# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED ALONZO MAYO., | : |
| Petitioner | : CIVIL ACTION NO. 3:14-CV-00417 |
| vs. | : (Petition Filed 3/6/2014) |
| JEROME WALSH, ET AL., | : (Judge Caputo) |
| Respondents | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1), is **DENIED** pursuant to 28 U.S.C. § 2254(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: December 30, 2014